# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

WSOU INVESTMENTS LLC §
§
vs. § NO: WA:20-CV-01015-ADA
§
TP-LINK TECHNOLOGY CO., LTD. §

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on December 29, 2021 at 01:30 PM.

IT IS SO ORDERED this 3rd day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE