IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD,<br><br>Defendant. | § § § § § § § § § § § § § § § | Case No. 6:20-cv-01012<br>Case No. 6:20-cv-01013<br>Case No. 6:20-cv-01014<br>Case No. 6:20-cv-01015<br>Case No. 6:20-cv-01016<br>Case No. 6:20-cv-01017<br>Case No. 6:20-cv-01018<br>Case No. 6:20-cv-01019<br>Case No. 6:20-cv-01020<br>Case No. 6:20-cv-01021<br>Case No. 6:20-cv-01022<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff" or "Brazos"), files this Unopposed Motion for Extension of Time to Respond to Defendant TP-Link Technology Co. Ltd.'s ("TP-Link") Motion to Reduce the Number of Asserted Patent Claims ("Motion") filed February 11, 2022. Brazos is requesting an extension up to and including February 25, 2022, to respond to TP-Link's Motion. TP-Link does not oppose Brazos' requested extension.

Brazos respectfully requests the Court grant its Unopposed Motion for Extension making its deadline to respond February 25, 2022. A proposed order is attached.

Dated: February 25, 2022           Respectfully submitted,

By:    /s/ *Adam G. Price*
      Raymond W. Mort, III
      Texas State Bar No. 00791308
      **THE MORT LAW FIRM, PLLC**
      100 Congress Avenue
      Suite 2000
      Austin, Texas 78701
      Tel/Fax: (512) 677-6825
      Email: raymort@austinlaw.com

      Adam G. Price
      Texas State Bar No. 24027750
      Christopher V. Goodpastor
      Texas State Bar No. 00791991
      Gregory S. Donahue
      Texas State Bar No. 24012539
      **DINOVO PRICE LLP**
      7000 N. MoPac Expressway
      Suite 350
      Austin, Texas 78731
      Telephone: (512) 539-2626
      Facsimile: (512) 539-2627
      Email: aprice@dinovoprice.com
      cgoodpastor@dinovoprice.com
      gdonahue@dinovoprice.com

      **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 25, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

*/s/ Adam G. Price*
Adam G. Price
