IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD,<br><br>Defendant. | Case No. 6:20-cv-01012<br>Case No. 6:20-cv-01013<br>Case No. 6:20-cv-01014<br>Case No. 6:20-cv-01015<br>Case No. 6:20-cv-01016<br>Case No. 6:20-cv-01017<br>Case No. 6:20-cv-01018<br>Case No. 6:20-cv-01019<br>Case No. 6:20-cv-01020<br>Case No. 6:20-cv-01021<br>Case No. 6:20-cv-01022<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's ("Plaintiff" or "Brazos") Unopposed Motion for Extension of Time to Respond to Defendant TP-Link Technology Co. Ltd.'s ("TP-Link") Motion to Reduce the Number of Asserted Patent Claims ("Motion"). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time is GRANTED.

SO ORDERED this _____ day of _____, 2022.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE